# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | No. 96 EM 2015 |
| Respondent | |
| v. | |
| ANTON COCHRAN, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.